UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Norhan Ashraf Askar, | Case No. 0:22-CV-01793 |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS** |
| The United States of America, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that Plaintiff's Complaint is hereby dismissed with prejudice and without costs or disbursements to any of the parties.

McELLISTREM, FARGIONE,
RORVIG & MOE, P.A.

Date: December 20, 2023       By:   *s/ Racey Rodne*
Racey Rodne, #0401069
Attorney for Plaintiff
7900 International Drive
Suite 700
Minneapolis, MN 55425
rrodne@mcfarg.com
(952) 544-5501

Attorneys for Plaintiff

(Signature page continues)

Date: December 20, 2023         ANDREW M. LUGER
                                United States Attorney

                                */s/ Ana Voss*
                                BY:  ANA H. VOSS
                                Assistant U.S. Attorney
                                Attorney ID No.  483656DC
                                600 United States Courthouse
                                300 South Fourth Street
                                Minneapolis, MN 55415
                                Phone:  612-664-5600
                                Email: Ana.Voss@usdoj.gov


                                Attorneys for Defendants