UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Norhan Ashraf Askar,<br><br>Plaintiff,<br><br>vs.<br><br>The United States of America, *et al.*,<br><br>Defendants. | CIVIL FILE NO.: 0:22-CV-1793-MJD-TNL<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (Doc. No. 25), **IT IS HEREBY ORDERED** that this matter is hereby dismissed with prejudice and without costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: December 22, 2023

s/Michael J. Davis
Michael J. Davis
United States District Court